# In The United States Court of Federal Claims

No. 10-852C

(Filed:  December 13, 2010)
_____

GLENN DEFENSE MARINE (ASIA), PTE, LTD.,

            Plaintiff,

v.

THE UNITED STATES,

            Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Wednesday, December 15, 2010, at 4:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge