# In The United States Court of Federal Claims

No. 10-852C

(Filed: December 16, 2010)

_____

GLENN DEFENSE MARINE (ASIA) PTE, LTD.,

                Plaintiff,

        v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

Today, a preliminary conference was held in this case. Participating in the conference were David Black, for plaintiff, and Paul Oliver, for defendant. Based on discussions during the conference it was agreed that:

1. On or before December 17, 2010, at 5:30 p.m. (EST), plaintiff shall file its application for a temporary restraining order (TRO);

2. On or before December 22, 2010, at 12:00 p.m. (EST), defendant shall file its response to the TRO application;

3. Oral argument on plaintiff's TRO application will be held on December 23, 2010, at 2:00 p.m. (EST), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument;

4. On or before December 23, 2010, at 5:30 p.m. (EST), defendant shall file the administrative record on a CD-ROM, and shall effectuate service to all parties;

5. On or before December 31, 2010, plaintiff shall file its motion for preliminary injunction;

6. On or before January 7, 2011, defendant shall file its response to plaintiff's motion for preliminary injunction;

7. On or before January 7, 2011, a courtesy copy of the administrative record, in paper form, shall be delivered to chambers;

8. On or before January 12, 2011, plaintiff shall file its reply to its motion for preliminary injunction;

9. Oral argument on plaintiff's motion for preliminary injunction will be held on January 14, 2011, at 10:00 a.m. (EST), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the oral argument;

10. Defendant shall contact Global Ship Management & Marine Services, Inc. and notify it of the proceedings in this case; and

11. Defendant shall not be required to file a response to the complaint in this matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge