# In The United States Court of Federal Claims

No. 10-852C

(Filed: December 23, 2010)
_____

GLENN DEFENSE MARINE (ASIA) PTE, LTD.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

Today, oral argument on plaintiff's application for a Temporary Restraining Order (TRO) was held. Participating at the oral argument were David Black, for plaintiff, and P. Davis Oliver, for defendant. For the reasons stated during oral argument, plaintiff's application is hereby **DENIED**.

**IT IS SO ORDERED.**

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge