# In The United States Court of Federal Claims

No. 10-852C

(Filed:  December 23, 2010)
_____

GLENN DEFENSE MARINE (ASIA) PTE,
LTD.,

                    Plaintiff,

          v.

THE UNITED STATES,

                    Defendant.

_____

## ORDER
_____

Today, oral argument on plaintiff's application for a temporary restraining order was held.  Based on discussions held at the conclusion of this oral argument, it was agreed that:

1.    On or before January 4, 2011, plaintiff shall file its motion for judgment on the administrative record;

2.    On or before January 7, 2011, a courtesy copy of the administrative record, in paper form, shall be delivered to chambers;

3.    On or before January 14, 2011, defendant shall file its cross-motion for judgment on the administrative record and its response to plaintiff's motion;

4.    On or before January 26, 2011, plaintiff shall file its response to defendant's motion and its reply in support of its motion for judgment on the administrative record;

5.    On or before February 4, 2011, defendant shall file its reply in support of its cross-motion for judgment on the administrative record;

6.    Oral argument on these motions for judgment on the administrative record will be held on February 8, 2011, at 10:00 a.m. (EST), at the

United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the oral argument; and

7.      This scheduling order supersedes the court's December 16, 2010, scheduling order.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge