# In The United States Court of Federal Claims

No. 10-852C

(Filed: February 2, 2011)

_____

GLENN DEFENSE MARINE (ASIA) PTE, LTD.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On February 8, 2011, the court will hold oral argument regarding the parties' cross-motions for judgment on the administrative record. The parties should be prepared to discuss the following:

1. The multiple references to "single award" and "one contract" in the pre-solicitation documents and any legal authority concerning the weight to be given to such documents in construing the solicitation in question; and

2. The relevance of the following cases: *International Code Services, Inc.*, 97-1 CPD ¶ 216 (1997); *Knoxville Glove Co.*, 93-1 CPD ¶ 339 (1993); *ATD-American Co.*, 89-2 CPD ¶ 43 (1989); and *Connie Hall Co.*, 86-2 CPD ¶ 52 (1986).

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra  
                                          Francis M. Allegra  
                                          Judge