# In The United States Court of Federal Claims

No. 10-852C

(Filed: May 3, 2011)

_____

GLENN DEFENSE MARINE (ASIA) PTE, LTD.,

           Plaintiff,

       v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

    The court hereby strikes the transcript of proceedings filed on April 28, 2011, as it is not the official record. The electronic digital recording (EDR) of the hearing held on February 8, 2011, is the only official record of that proceeding. The Clerk is hereby ordered to remove the unofficial transcript from the CM/ECF system.

    **IT IS SO ORDERED.**

                                                                   s/ Francis M. Allegra
                                                                   Francis M. Allegra
                                                                   Judge